UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND NODAR,

    Plaintiff,

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.
_____/

CASE NO. 6:11-cv-1308-ORL-35-KRS

## PLAINTIFF'S VERIFIED COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, RAYMOND NODAR ("Plaintiff"), by and through the undersigned attorneys, KROHN & MOSS, LTD., and for Plaintiff's Complaint against Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC, ("Defendant"), alleges and affirmatively states as follows:

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

### JURISDICTION AND VENUE

2. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

3. Because Defendant conducts business in the State of Florida, personal jurisdiction is established.

4. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

5. Plaintiff is a natural person who resides in Saint Cloud, Osceola County, Florida and is obligated or allegedly obligated to pay a debt and is a "consumer" as that term is defined by 15 U.S.C. 1692a(3).

6. Plaintiff is informed, believes, and thereon alleges, that Defendant is a national company with a business office in Minneapolis, Minnesota.

7. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

8. Plaintiff is informed, believes, and thereon alleges, that Defendant uses instrumentalities of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another and is a "debt collector" as that term is defined by 15 U.S.C. § 1692a(6).

## FACTUAL ALLEGATIONS

9. Beginning in or around June of 2011, Defendant constantly and continuously placed collection calls to Plaintiff, multiple times per day, several days per week, seeking payment for an alleged Sprint cellular telephone debt.

10. Defendant called Plaintiff at telephone numbers (407) 593-2519 and (919) 820-9028 from telephone number 800-474-3743.

11. Defendant called Plaintiff and failed to provide meaningful disclosure of the caller's identity as Defendant did not state its company name when leaving a voicemail message for Plaintiff.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT, (FDCPA), 15 U.S.C. § 1692 et seq.

12. Defendant violated the FDCPA. Defendant's violations include, but are not limited to the following:

   a) Defendant violated §1692d of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff;

   b) Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff; and

   c) Defendant violated *§1692d(6)* of the FDCPA by placing telephone calls without meaningful disclosure of the caller's identity.

**WHEREFORE**, Plaintiff respectfully prays that judgment be entered against the Defendant for the following:

13. Statutory damages of $1,000.00 pursuant to the FDCPA, 15 U.S.C. 1692k;

14. Costs and reasonable attorney's fees pursuant to the FDCPA, 15 U.S.C. 1692k; and

15. Any other relief that this court deems to be just and proper.

RESPECTFULLY SUBMITTED,

Dated: August 3, 2011      By: *Shireen Hormozdi*
Shireen Hormozdi, Esq.
Krohn & Moss, Ltd
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Phone: (323) 988-2400 ext. 267
Fax:   (866) 802-0021
Attorney for Plaintiff
FBN: 0882461

## **DEMAND FOR JURY TRIAL**

PLEASE TAKE NOTICE that Plaintiff, RAYMOND NODAR, hereby demands trial by jury in this action.

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF FLORIDA)
COUNTY OF OSCEOLA)

Plaintiff, RAYMOND NODAR, says as follows:

1. I am a Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

Pursuant to 28 U.S.C. § 1746(2), I, RAYMOND NODAR, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Dated: 7/29/11

_____
RAYMOND NODAR
Plaintiff