UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RAYMOND NODAR,

    Plaintiff,                                      CASE NO. 6:11-cv-01308-MSS-KRS

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, RAYMOND NODAR, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

                                                            RESPECTFULLY SUBMITTED,

DatedL December 29, 2011         By:  /s/ Shireen Hormozdi
                                                  Shireen Hormozdi
                                                  Krohn & Moss, Ltd
                                                  10474 Santa Monica Blvd., Suite 401
                                                  Los Angeles, CA 90025
                                                  Phone:  (323) 988-2400 ext. 267
                                                  Fax:    (866) 802-0021
                                                  Attorney for Plaintiff
                                                  FBN: 0882461

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 29, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. A copy of said Notice was electronically submitted to the Attorney for Defendant to the address below:

Mary Grace Dyleski
South Milhausen, PA
Gateway Center
1000 Legion Place, Suite 1200
Orlando FL 32801
mdyleski@southmilhausen.com

/s/ Shireen Hormozdi
Shireen Hormozdi
Attorney for Plaintiff