**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

RAYMOND NODAR,

      Plaintiff,                              CASE NO. 6:11-cv-01308-MSS-KRS

v.

DIVERSIFIED ADJUSTMENT SERVICE, INC.,

      Defendant.
_____/

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiff, RAYMOND NODAR, and Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., stipulate, and the Court hereby orders, as follows:

The dispute between the parties has been settled; therefore, the claims asserted by Plaintiff, RAYMOND NODAR, against Defendant, DIVERSIFIED ADJUSTMENT SERVICE, INC., in the above-captioned proceeding are hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

Dated:  February 17, 2012                     RESPECTFULLY SUBMITTED,

                                               By:  /s/ Shireen Hormozdi_____
                                                   Shireen Hormozdi, Esq.
                                                   FBN: 0882461
                                                   Krohn & Moss, Ltd
                                                    10474 Santa Monica Blvd.,
                                                   Suite 401
                                                   Los Angeles, CA 90025
                                                   Phone:  (323) 988-2400
                                                   Fax:     (866) 861-1390
                                                   shormozdi@consumerlawcenter.com
                                                   Attorney for Plaintiff
                                                   RAYMOND NODAR

Dated:  February 17, 2012                            RESPECTFULLY SUBMITTED,

/s/ Ernest H. Kohlmyer, III
Ernest H. Kohlmyer, III #0110108
Gateway Center
1000 Legion Place, Suite 1200
Orlando, Florida 32801
(407) 539-1638
(407) 539-2679 (fax)
skohomyer@southmilhausen.com
Attorneys for Defendant