# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

RAYMOND NODAR,
    Plaintiff,

v.                                      CASE NO: 6:11-CV-1308-ORL-36KRS

DIVERSIFIED ADJUSTMENT
SERVICE, INC.,
    Defendant.
_____/

## O R D E R

Before the Court is the Stipulation of Dismissal With Prejudice (Doc. 17).  In accord with the Stipulation of Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1)    The Stipulation of Dismissal With Prejudice is APPROVED (Doc. 17).

2)    This cause is dismissed, with prejudice.

3)    The Clerk is directed to close this case.

**DONE AND ORDERED** at Orlando, Florida, on February 21, 2012.

Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record